# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 14-CV-61499-DIMITROULEAS/SNOW

PLAINTIFF:
**ELISEE RAYMOND**

vs.

DEFENDANT:
**OXFORD LAW LLC, ET., AL.**

For:
Yechezkel Rodal, Esq.
LOAN LAWYERS, LLC
377 North State Road 7
Suite 202
Plantation, FL 33317-2817

Received by ACCURATE SUPPORT RESOURCES on the 1st day of July, 2014 at 10:00 am to be served on **OXFORD LAW LLC, R/A NRAI SERVICES INC, 1200 S PINE ISLAND RD, PLANTATION, FL 33324**.

I, Richard Lang, do hereby affirm that on the **1st day of July, 2014** at **12:45 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me to DONNA MOCH / SUPERVISOR OF PROCESS / NRAI SERVICES INC as **Registered Agent** of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in Broward County, Florida, the County in which this process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Richard Lang
Sps #259

**ACCURATE SUPPORT RESOURCES**
P.O. Box 350096
Ft. Lauderdale, FL 33335
(954) 761-9977

Our Job Serial Number: ARL-2014020382

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4d

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELISEE RAYMOND <br><br> *Plaintiff(s)* <br> v. <br> OXFORD LAW, LLC and AIS SERVICES, LLC <br><br> *Defendant(s)* | Civil Action No. **14-cv-61499-Dimitrouleas/Snow** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  OXFORD LAW, LLC
By serving its Registered Agent
NRAI Services, Inc.
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yechezkel Rodal, Esq.
Loan Lawyers, LLC
377 N. State Rd. 7, Ste. 202
Plantation, Florida 33317
Chezky@floridaloanlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 1, 2014**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts