**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-61499-DIMITROULEAS/SNOW**

ELISEE RAYMOND,

      Plaintiffs,

vs.

OXFORD LAW, LLC and
AIS SERVICES, LLC

      Defendants.

_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Final Judgment and for Award of Statutory Damages, Costs, and Attorney's Fees [DE 12] (the "Motion"), filed herein on August 29, 2014. The Court has carefully considered the Motion [DE 12] and is otherwise fully advised in the premises. The Court granted the Motion [DE 12] in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Motion [DE 12] is hereby **GRANTED**;

2.      Final Default Judgment is hereby entered in favor of Plaintiff and against Defendants Oxford Law, LLC, and AIS Services, LLC, for $1,000.00 in statutory damages pursuant to the FDCPA, $1,000.00 in statutory damages pursuant to the FCCPA, together with $2,645.00 in attorney's fees, $463.60 in costs. *See* [DE 12 at 8-9].

3.      The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

23rd day of September, 2014.


WILLIAM P. DIMITROULEAS
United States District Judge




Copies provided to:

Counsel of record

AIS SERVICES, LLC
By serving its Registered Agent
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

OXFORD LAW, LLC
By serving its Registered Agent
NRAI Services, Inc.
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324